OPINION — AG — A PERSON MAY BE PROSECUTED UNDER BOTH THE LOTTERY LAWS AND THE GAMBLING LAWS FOR THE SAME ACT, FOR WE BELIEVE THAT A PROSECUTION UNDER ONE OF SAID LAWS WOULD OPERATE AS A BAR TO A PROSECUTION UNDER THE OTHER INSOFAR AS THE SAME ACT IS INVOLVED. WE ALSO CONCLUDE THAT ONE WHO BRINGS HIMSELF WITHIN THE EXCEPTION PROVISIONS OF 21 O.S.H. 1051 MAY NOT BE PROSECUTED UNDER 21 O.S.H. 941 OR 21 O.S.H. 1051 (BINGO, CIVIC ORGANIZATION) CITE: 21 O.S.H. 1051 (JAMES GARRETT)